JS-6

FILED
CLERK, U.S. DISTRICT COURT

4/21/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| COASTAL LOCKSMITH, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SEMKO ILKHANI, dba COAST LOCKSMITH, and DOES 1-10, inclusive,<br><br>　　　　Defendant. | Case No. 8:21-CV-00539 CJC (JDEx)<br>Hon. Cormac J. Carney, Ctrm. 9B<br><br>**PERMANENT INJUNCTION PURSUANT TO STIPULATION** |

Upon Stipulation by Plaintiff Coastal Locksmith, Inc. ("Coastal Locksmith") and Defendant Semko Ilkhani, dba Coast Locksmith ("Defendant"), requesting that a permanent injunction be entered against the Defendant as a condition of settlement of the dispute between these Parties, and for good cause shown:

IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure 65, the Defendant, as well as its agents, servants, employees, attorneys, officers, and other representatives, and all other persons in active concert or participation with it who receive actual notice of this Order by personal service or otherwise are hereby permanently enjoined and restrained from, directly or indirectly, anywhere in the world:

    (a)    using the COASTAL LOCKSMITH® service mark (U.S. Reg. Nos. 5,834,713), or any mark that is a colorable imitation of, or is confusingly similar to, said mark, including COAST LOCKSMITH, in connection with the marketing, distribution, promotion, advertising, offering for sale or sale of commercial or residential locksmith products or services, including use of such mark on or within Internet web pages, domain names, directories, metatags, or hypertext links;

    (b)    representing in any manner or by any method whatsoever that goods, services or other product provided by Defendant are sponsored, approved, authorized by, or originate from Coastal Locksmith, or otherwise taking any action likely to cause confusion, mistake, or deception as to the origin, approval, sponsorship, or affiliation of such goods or services;

    (c)    using the COASTAL LOCKSMITH trade name, or any trade name that is confusingly similar to, said name, including COAST LOCKSMITH;

    (d)    using the domain name coastlocksmith.com, or any domain name that is confusingly similar to, coastallocksmith.com;

       (e)    maintaining online business listings using COASTAL LOCKSMITH trade name, or any trade name that is confusingly similar to, said name, including COAST LOCKSMITH; and

       (f)    advertising on the Internet, social media or print using the COASTAL LOCKSMITH mark, or any mark that is confusingly similar, including COAST LOCKSMITH.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of making any further orders necessary or proper for the construction or modification of this Judgment, the enforcement thereof, and/or the punishment for any violations thereof, and such other, further relief this Court deems just and proper.

DATED: April 21, 2021

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE